UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KEVIN LEWIS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 12-11544-JLT |
| | * | |
| WEST ROXBURY DISTRICT COURT, | * | |
| JUDGE MCKINLEY, in his individual | * | |
| capacity, and COURT CLERK, in his | * | |
| individual capacity, | * | |
| | * | |
| Defendants. | * | |

ORDER

September 10, 2013

TAURO, J.

This court ACCEPTS and ADOPTS the August 22, 2013 Report and Recommendation [#46] of Magistrate Judge Boal. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant West Roxbury District Court's Motion to Dismiss [#12] is ALLOWED; Defendant Judge Robert McKenna, Jr.'s[1] Motion to Dismiss [#14] is ALLOWED; and Defendant Court Clerk's Motion to Dismiss [#16] is ALLOWED. Plaintiff's Motion for Leave to Amend [#26] is ALLOWED IN PART and DENIED IN PART. It is ALLOWED to the extent that it seeks leave to (a) substitute Judge McKenna for "Judge McKinley"; (b) identify Erin Carey as the Court Clerk; (c) amend Plaintiff's claim of "negligence and recklessness" to "negligence pursuant to Mass Tort Claims Act M.G.L.A. 258 s. 2"; and (d) eliminate Plaintiff's

---

[1] Plaintiff listed a "Judge McKinley" as a defendant in this case. Given that subsequent filings made clear that Plaintiff intended to sue Judge Robert McKenna, Jr., see Report and Recommendation [#46], Plaintiff's motion to amend is allowed to the extent that it seeks to fix this error.

request for injunctive relief. The <u>Motion</u> is DENIED in all other respects. Plaintiff's second

<u>Motion for Leave to Amend</u> [#37] is DENIED. This case is CLOSED.

IT IS SO ORDERED.

       /s/ Joseph L. Tauro     
United States District Judge